# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eva Angelica Lucke, f/n/a Rojas, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Andrew Solsvig, individually and in his capacity as Director, Minot International Airport, and the City of Minot, a North Dakota Municipal Corporation, | ) Case No. 1:16-cv-044 |
| Defendants. | ) |

The court **ADOPTS** in part the parties' stipulation to extend complete fact discovery and file discovery motions. The pretrial deadlines shall be amended as follows:

1. The parties shall have until June 15, 2017, to complete fact discovery and to file discovery motions.

2. The parties shall have until July 15, 2017, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 28th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court