# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Eva Angelica Lucke, f/n/a Rojas, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Andrew Solsvig, individually and in his capacity as Director, Minot International Airport, and the City of Minot, a North Dakota Municipal Corporation, | ) Case No. 1:16-cv-044 |
| Defendants. | ) |

On April 11, 2017, defendants served a subpoena on Stewart Lucke compelling him to produce certain financial records and tax returns. On April 13, 2017, Mr. Lucke filed a "Rule 45 Response" with the court, advising that he intended to comply with the subpoena and requesting an additional 60 days to produce the requested documents.

The court held a status conference with the parties on April 28, 2017. Pursuant to their discussions, the court **GRANTS** Mr. Lucke's request for additional time (Docket No. 14). Mr. Lucke shall have until June 15, 2017, to produce the requested documents.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2017.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court